### 22336. WALSH *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and the court did not err in overruling the motion for a new trial, based upon the usual general grounds only.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 15, 1932.

*W. H. Lasseter, Chastain & Henson,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general, McDonald & McDonald,* contra.